IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AARON ALEXIS LOPEZ § <br> § <br> V. §     ACTION NO.4:11-CV-343-Y <br> § <br> MICHAEL J. ASTRUE, COMMISSIONER § <br> OF SOCIAL SECURITY § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On May 22, 2012, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the commissioner of the United States Social Security Administration ("the commissioner") denying Plaintiff's claims for disability-insurance benefits be affirmed. The magistrate judge's order gave all parties until June 5 to serve and file with the Court written objections to his proposed findings.

Plaintiff objected, asking this Court to reject the findings of the magistrate judge and either render judgment in Plaintiff's favor or remand the case to the commissioner for further proceedings. The commissioner did not file a response.

After reviewing the findings, record, case law, and Plaintiff's objections, the Court ADOPTS the magistrate judge's findings and conclusions as the findings and conclusions of this Court for the reasons stated therein. Thus, this Court AFFIRMS the commissioner's decision.

SIGNED June 13, 2012.

                                                                         _____
                                                                         TERRY R. MEANS
                                                                         UNITED STATES DISTRICT JUDGE

TRM/ah